1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 10CR5082-JLS
9                                )
                      Plaintiff, )
10                               )   **ORDER AND JUDGMENT DISMISSING**
           v.                    )   **INDICTMENT WITHOUT PREJUDICE**
11                               )
FERNANDO CASTILLO-CORNEJO,        )
12                               )
                      Defendant. )
13                               )
                                 )
14  _____  )

15       Upon  motion  of  the  UNITED  STATES  OF  AMERICA  and  good  cause

16  appearing thereof,

17       **IT IS HEREBY ORDERED** that the Indictment in the above-referenced

18  case  be  dismissed  without  prejudice  as  to  defendant  FERNANDO

19  CASTILLO-CORNEJO.

20       **IT IF FURTHER ORDERED** that defendant FERNANDO CASTILLO-CORNEJO

21  be  released  and  remanded  to  the  custody  of  the  United  States

22  Department of Homeland Security.

23       **SO ORDERED.**

24

25  DATED:  October 3, 2011

26                                    _____
                                     Honorable Janis L. Sammartino
27                                     United States District Judge

28